ROBERT G. ENGEL (SBN: 158115)
LISA SILVA PASSALACQUA (SBN: 161990)
**WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendant
**TOSHIBA AMERICA, INC.** and Specially
Appearing Parties Toshiba Corporation and Toshiba
America Business Solutions, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FARRIS and MELVA FARRIS,<br><br>                    Plaintiffs,<br><br><br><br>3M COMPANY, et al.<br><br><br>                    Defendants. | Case No.: 3:18-cv-04186-JST<br><br>**STIPULATION TO DISMISS DEFENDANT TOSHIBA AMERICA, INC., AND SPECIALLY APPEARING PARTY TOSHIBA CORPORATION, AND TO AMEND THE COMPLAINT;** ~~**[PROPOSED]**~~ **ORDER**<br><br>Complaint filed:       May 15, 2018 |

**WHEREAS,** Plaintiffs GARY FARRIS and MELVA FARRIS ("Plaintiffs") filed a complaint in Alameda County Superior Court alleging causes of action for Strict Liability, Negligence, Fraud, Conspiracy to Defraud, and Market Share, arising out of alleged exposure to asbestos, (the "Complaint") and naming as defendants TOSHIBA AMERICA, INC., and TOSHIBA CORPORATION.

**WHEREAS,** The matter was removed from the Alameda County Superior Court to the United States District Court for the Northern District of California;

**WHEREAS,** TOSHIBA AMERICA, INC. is a corporation organized and existing under the laws of the state of Delaware, with its principal place of business in the state of New York;

**WHEREAS,** TOSHIBA CORPORATION is corporation organized and existing under the laws of Japan;

**WHEREAS,** TOSHIBA AMERICA BUSINESS SOLUTIONS, INC. is a corporation organized and existing under the laws of the state of California.

**WHEREAS,** based on the foregoing and based on the allegations contained in Plaintiffs' complaint, TOSHIBA AMERICA BUSINESS SOLUTIONS, INC. is the proper defendant in this matter;

**WHEREAS,** Plaintiffs hereby agree to dismiss TOSHIBA AMERICA, INC. and TOSHIBA CORPORATION from the Complaint without prejudice;

**WHEREAS,** TOSHIBA AMERICA, INC., TOSHIBA CORPORATION and TOSHIBA AMERICA BUSINESS SOLUTIONS, INC. stipulate to Plaintiffs amending the complaint to name TOSHIBA AMERICA BUSINESS SOLUTIONS, INC.;

**WHEREAS,** TOSHIBA AMERICA BUSINESS SOLUTIONS, INC. agrees to allow Robert Engel, Esq. of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP to accept service by e-mail of the Amended Complaint on behalf of TOSHIBA AMERICA BUSINESS SOLUTIONS, INC.;

Based on the foregoing, **IT IS HEREBY STIPULATED**, by and between Plaintiffs and Defendant TOSHIBA AMERICA, INC., and Specially Appearing Parties TOSHIBA CORPORATION and TOSHIBA AMERICA BUSINESS SOLUTIONS, INC., by and through their attorneys of record, as follows:

1.     That Defendant TOSHIBA AMERICA, INC. shall be dismissed from this matter without prejudice;

2.     That Specially Appearing Defendant TOSHIBA CORPORATION shall be dismissed from this matter without prejudice;

3.     Plaintiffs' Complaint shall be amended to name TOSHIBA AMERICA BUSINESS SOLUTIONS, INC.;

4.     Plaintiffs' Amended Complaint shall be deemed to relate back to their original Complaint, and the Amended Complaint shall be deemed filed as of the date of filing of the original Complaint.

Dated:  September 21, 2018

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP


By:  _/s/ Robert G. Engel_____
      ROBERT G. ENGEL, ESQ.
      LISA SILVA PASSALACQUA, ESQ.
      Attorneys for Defendant,
      TOSHIBA AMERICA, INC.; and Specially Appearing Parties
      TOSHIBA CORPORATION AND TOSHIBA AMERICA
      BUSINESS SOLUTIONS, INC.

Dated:  September 21, 2018

LAW OFFICE OF H.W. TREY JONES


By:  _/s/ Trey Jones_____
      TREY JONES, ESQ.
      Attorneys for Plaintiffs
      GARY FARRIS and MELVA FARRIS


## ORDER

Based foregoing stipulation by the parties, the Court hereby orders that:

(1)    Defendant TOSHIBA AMERICA, INC. is hereby dismissed from this action without prejudice;

(2)    Specially Appearing Defendant TOSHIBA CORPORATION is hereby dismissed from this action without prejudice;

(3)    Plaintiffs may file an Amended Complaint naming TOSHIBA AMERICA BUSINESS SOLUTIONS, INC. within 14 days of this Order;

(4)    Plaintiffs' Amended Complaint shall be deemed to relate back to their original complaint, and the Amended Complaint shall be deemed filed as of the date of filing of the original complaint.

**IT IS SO ORDERED.**

Dated:_ September 24, 2018

_____
HON. JON S. TIGAR
United States District Court Judge