TREY JONES (SBN: 237607)
**LAW OFFICES OF H.W. TREY JONES**
680 South Santa Fe Avenue
Los Angeles, CA 90021
Telephone: (310) 575-9955
Facsimile: (310) 575-9919

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FARRIS and MELVA FARRIS,<br><br>Plaintiffs,<br><br>3M COMPANY, et al.<br><br>Defendants. | Case No.: 3:18-cv-04186-JST<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; [PROPOSED] ORDER**<br><br>Complaint filed: May 15, 2018 |

**WHEREAS,** Plaintiffs GARY FARRIS and MELVA FARRIS ("Plaintiffs") filed a complaint in Alameda County Superior Court alleging causes of action for Strict Liability, Negligence, Fraud, Conspiracy to Defraud, and Market Share, arising out of alleged exposure to asbestos, (the "Complaint").

**WHEREAS,** The matter was removed from the Alameda County Superior Court to the United States District Court for the Northern District of California;

**WHEREAS,** Plaintiff's counsel recently discovered that many of the defendants in the matter have not been served;

**WHEREAS,** a Case Management Conference is calendared for October 24, 2018 and the Parties are to meet and confer concerning a Joint Case Management Statement by October 3, 2018 and file said same on October 15, 2018;

**WHEREAS,** the Parties request that these dates be pushed out so the Plaintiffs can complete service of all defendants.

Based on the foregoing, **IT IS HEREBY STIPULATED**, by and between Plaintiffs and the defendants who have appeared in the matter to date, CARRIER CORPORATION, CRANE CO., GENERAL ELECTRIC COMPANY, IMO INDUSTRIES, INC., PARKER-HANNIFIN CORPORATION, RICOH COMPANY, LTD., RICOH COMPANY, LTD. and RICOH USA, INC.

1. That the Case Management Conference be continued to November 28, 2018;

2. That the deadline for the Parties to meet and confer concerning a Joint Case Management Statement be continued to November 7, 2018;

3. That the deadline to file the Joint Case Management Statement be continued to November 21, 2018,

Dated: September 26, 2018     LAW OFFICE OF H.W. TREY JONES

By: */s/ Trey Jones*
TREY JONES, ESQ.
Attorneys for Plaintiffs
GARY FARRIS and MELVA FARRIS

Dated: September 26, 2018     TUCKER ELLIS LLP

By: */s/ Ronald Q Tran*

Attorneys for
CARRIER CORPORATION

Dated: September 26, 2018     K&L GATES LLP

By: */s/ Geoffrey M Davis*

Attorneys for Defendant
CRANE CO.

2
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES;
[PROPOSED] ORDER

Dated:  September 26, 2018                WFBM, LLP

                                          By: */s/ Charles T. Sheldon*

                                          Attorneys for Defendant
                                          GENERAL ELECTRIC
                                          COMPANY

Dated:  September 26, 2018                LEADER & BERKON LLP

                                          By: */s/ Bobbie Rae Bailey*

                                          Attorneys for Defendant
                                          IMO INDUSTRIES, INC.

Dated:  September 26, 2018                DUANE MORRIS LLP

                                          By: */s/ Christopher Sean Patterson*

                                          Attorneys for Defendant
                                          PARKER-HANNIFIN
                                          CORPORATION

Dated:  September 26, 2018                MANNING GROSS +
                                          MASSENBURG LLP


                                          By: */s/ Mary Katherine Back*

                                          Attorneys for Defendants
                                          RICOH COMPANY, LTD. and
                                          RICOH USA, INC.

# ORDER

Based qp'yj g'foregoing stipulation by the parties, the Court hereby orders that:

1. That the Case Management Conference be continued to ~~November 28, 2018~~; Fgego dgt'7.'423:..'cv'4'r 0b 0=

2. That the deadline for the Parties to meet and confer concerning a Joint Case Management Statement be continued to November 7, 2018;

3. That the deadline to file the Joint Case Management Statement be continued to November 21, 2018,

**IT IS SO ORDERED.**

Dated: October 2, 2018



_____
HON. JON S. TIGAR
United States District Court Judge