Tina Van Dam (State Bar No. 209732)
tvandam@mgmlaw.com
Mary Katherine Back (State Bar No. 234021)
mback@mgmlaw.com
**MANNING GROSS + MASSENBURG LLP**
201 Spear Street, 18th Floor
San Francisco, CA 94105
Tel.:    415 512 4381
Fax:    415 512 6791

Attorneys for Defendant
**RICOH COMPANY, LTD. (erroneously sued and served as "RICOH COMPANY LTD. (individually and as successor-in-interest to SAVIN CORPORATION and served through its General Manager, RICOH USA, INC.)")**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| GARY FARRIS and MELVA FARRIS,<br><br>Plaintiffs,<br><br>vs.<br><br>3M COMPANY f/k/a MINNESOTA MINING & MANUFACTURING COMPANY, et al.<br><br>Defendants. | Case No. 3:18-cv-04186-JST<br><br>*Assigned to Judge Jon S. Tigar*<br><br>**STIPULATION THAT ANSWER BY RICOH COMPANY, LTD. TO PLAINTIFFS' ORIGINAL COMPLAINT BE DEEMED ITS ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT; [PROPOSED] ORDER** |

Plaintiffs Melva and Gary Farris ("Plaintiffs") and RICOH COMPANY, LTD. (erroneously sued and served as "RICOH COMPANY LTD. (individually and as successor-in-interest to SAVIN CORPORATION and served through its general manager, RICOH USA, INC.)") ("RICOH COMPANY, LTD.") hereby stipulate, as follows:

IT IS HEREBY STIPULATED by and between Plaintiffs and RICOH COMPANY, LTD. through their respective attorneys, that RICOH COMPANY, LTD.'s answer to Plaintiffs' original Complaint herein be deemed RICOH COMPANY, LTD.'s answer to Plaintiffs' First Amended Complaint.

///

///

All new matters are deemed controverted.

DATED: October 15, 2018　　**LAW OFFICES OF H.W. TREY JONES**

By: /s/ *Trey Jones*
　　Trey Jones
　　Attorneys for Plaintiffs,
　　**Gary Farris and Melva Farris**

DATED: October 15, 2018　　**MANNING GROSS + MASSENBURG LLP**

By: /s/ *Mary Katherine Back*
　　Mary Katherine Back
　　Attorneys for Defendant,
　　**RICOH COMPANY, LTD. (erroneously sued and served as "RICOH COMPANY LTD. (individually and as successor-in-interest to SAVIN CORPORATION and served through its General Manager, RICOH USA, INC.)")** Corporation)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: "Qevqdgt"38."423:

_____
Hon. Jon S. Tigar

2　　3:18-cv-04186-JST
STIPULATION THAT ANSWER TO ORIGINAL COMPLAINT BE DEEMED RICOH COMPANY, LTD'S ANSWER TO FIRST AMENDED COMPLAINT; [PROPOSED] ORDER