Tina Van Dam (State Bar No. 209732)
tvandam@mgmlaw.com
Mary Katherine Back (State Bar No. 234021)
mback@mgmlaw.com
**MANNING GROSS + MASSENBURG LLP**
201 Spear Street, 18th Floor
San Francisco, CA 94105
Tel.:    415 512 4381
Fax:    415 512 6791

Attorneys for Defendant
**RICOH USA, Inc. (erroneously sued and served as "RICOH USA, INC. (individually and as successor-in-interest to SAVIN CORPORATION and as general manager of RICOH COMPANY, LTD.)")**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| GARY FARRIS and MELVA FARRIS,<br><br>Plaintiffs,<br><br>vs.<br><br>3M COMPANY f/k/a MINNESOTA MINING & MANUFACTURING COMPANY, et al.<br><br>Defendants. | Case No. 3:18-cv-04186-JST<br><br>*Assigned to Judge Jon S. Tigar*<br><br>**STIPULATION THAT ANSWER BY RICOH USA, INC. TO PLAINTIFFS' ORIGINAL COMPLAINT BE DEEMED ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT; [PROPOSED] ORDER** |

Plaintiffs Gary and Melva Farris ("Plaintiffs") and RICOH USA, Inc. (erroneously sued and served as "RICOH USA, INC. (individually and as successor-in-interest to SAVIN CORPORATION and as general manager of RICOH COMPANY, LTD.)") ("RICOH USA, Inc."), hereby stipulate, as follows:

IT IS HEREBY STIPULATED by and between Plaintiffs and RICOH USA, Inc. through their respective attorneys, that RICOH USA, Inc.'s answer to Plaintiffs' original Complaint herein be deemed RICOH USA, Inc.'s answer to Plaintiffs' First Amended Complaint.

///

///

///

All new matters are deemed controverted.

DATED: October 15, 2018  **LAW OFFICES OF H.W. TREY JONES**

By: /s/ *Trey Jones*
Trey Jones
Attorneys for Plaintiffs,
**Gary Farris and Melva Farris**

DATED: October 15, 2018  **MANNING GROSS + MASSENBURG LLP**

By: /s/ *Mary Katherine Back*
Mary Katherine Back
Attorneys for Defendant,
**Defendant RICOH USA, Inc. (erroneously sued as Ricoh Company, LTD, individually and as successor-in-interest to Savin Corporation)**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 16, 2018

_____
Hon. Jon S. Tigar