TREY JONES, State Bar No. 237607
LAW OFFICES OF H.W. TREY JONES
680 South Santa Fe Ave.
Los Angeles, CA 90021
trey@treyjoneslaw.com
Telephone: (310) 575-9955
Facsimile: (310) 575-9919

Attorneys for Defendant
Plaintiffs Gary and Melva Farris

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GARY FARRIS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> 3M COMPANY, et al., <br><br> Defendants. | Case No. 3:18-cv-04186-JST <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT GENERAL ELECTRIC COMPANY** |

## STIPULATION OF THE PARTIES

Plaintiff Gary Farris and Defendant General Electric Company, through their counsel of record, hereby stipulate that all claims against only General Electric Company may be dismissed without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A). The parties further stipulate that the parties shall bear their own attorney's fees, expenses and costs.

///
///
///
///
///
///
///
///

**IT IS SO STIPULATED.**

Dated: April 17, 2019_____          LAW OFFICES OF H.W. TREY JONES

By: */s/ Trey Jones*_____
TREY JONES
680 South Santa Fe Ave.
Los Angeles, CA 90021
Telephone: (213) 270-1004
trey@treyjoneslaw.com
Attorneys for Plaintiffs
GARY and MELVA FARRIS

Dated: April 17, 2019          WFBM, LLP

By: _____
DEREK S. JOHNSON
WFBM, LLP
601 Montgomery Street, Ninth Floor
San Francisco, California, 94111
djohnson@wfbm.com
Telephone: 415-781-7072
Attorneys for Defendant
GENERAL ELECTRIC COMPANY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April __17__, 2019 _____

By: _____
Honorable Jon S. Tigar

WALSWORTH
601 MONTGOMERY STREET, NINTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-2612
TEL (415) 781-7072 • FAX (415) 391-6258