UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FARRIS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> 3M COMPANY, et al., <br><br> Defendants. | Case No. 18-cv-04186-JST (JSC) <br><br> **ORDER TO PLAINTIFFS TO SHOW CAUSE** <br><br> Re: Dkt. No. 152 |

This asbestos-exposure personal injury action has been assigned to the undersigned judge for settlement purposes. Following a telephone conference with the parties, the Court issued an order regarding the settlement process. In particular, the Court ordered Plaintiffs to make a settlement demand on each remaining defendant by **March 29, 2019**, for Defendants to respond by **April 19, 2019**, for the parties to then meet and confer in an attempt to resolve the relevant claims, and for the remaining parties to provide the Court with an update as to the status of settlement negotiations by **May 10, 2019**. (Dkt. No. 152.) Plaintiffs have failed to comply with the Court's Order. They did not submit a status report by May 10, and have not otherwise communicated with the Court. Further, it appears that they have also failed to comply with the deadline for making a demand on the defendants. Accordingly, Plaintiffs are ordered to show cause why this Court should not recommend to the district court that this action be dismissed for a failure to comply with court orders and to prosecute the action. *See* Fed. R. Civ. P. 41. In particular, on or before **May 28, 2019**, Plaintiffs shall show cause in writing as to why they should be excused for failing to comply with the court-ordered settlement process and thus this case not dismissed. Plaintiffs' response shall be emailed (not filed on the docket) to jscsettlement@cand.uscourts.gov with copies to all parties to the action. Plaintiffs are warned that

their failure to comply with this Order to Show Cause may lead to dismissal of their action.

**IT IS SO ORDERED.**

Dated: May 14, 2019

JACQUELINE SCOTT CORLEY
United States Magistrate Judge