UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FARRIS, et al.,<br><br>    Plaintiffs,<br><br> v.<br><br>3M COMPANY, et al.,<br><br>    Defendants. | Case No. 18-cv-04186-JST<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

No pretrial statement having been filed by November 6, 2020 as ordered, ECF No. 267, and no party having appeared at today's pretrial conference as ordered, the Court concludes that Plaintiffs are no longer prosecuting this case. The case is therefore dismissed with prejudice. Fed. R. Civ. P. 41(b); *Van Bronkhorst v. Safeco Corp.*, 529 F.2d 943, 947 (9th Cir. 1976) ("There is no question that a District Court has the power to dismiss a claim of a plaintiff with prejudice for failure to comply with an order of the court.").

**IT IS SO ORDERED.**

Dated:  November 13, 2020



       JON S. TIGAR
      United States District Judge